# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**ISRAEL DE LA CRUZ SAN JUAN**<br>*Defendant* | Case No. 25-mj- 54 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 27, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Thomas J. Coffman*
*Complainant's signature*

THOMAS J. COFFMAN
BORDER PATROL AGENT
UNITED STATES BORDER PATROL
*Printed name and title*

Sworn to before me and signed telephonically.

Date: May 2, 2025

*H. Kenneth Schroeder, Jr.*
*Judge's signature*

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE       )   SS:
CITY OF BUFFALO      )

I, **Thomas J. Coffman**, being duly sworn, deposes and says that:

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been so employed as a Border Patrol Agent for fourteen (14) years. In such capacity, my official duties include investigating persons who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to affect arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a).

3. I make this Affidavit in support of the Criminal Complaint charging **Israel DE LA CRUZ SAN JUAN** (hereinafter "DE LA CRUZ"), born in 1996, in Mexico, an alien, with having been found in the United States after having been previously removed or deported from the United States, without first applying to the Attorney General, or her successor, the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4.      The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of official records, and upon information provided to me by other U.S. Border Patrol Agents. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that DE LA CRUZ did knowingly violate Title 8, United States Code, Sections 1326(a).

5.      On or about April 27, 2025, Buffalo Border Patrol Station Targeting Unit (TU) Agents were conducting plain clothes surveillance.  Agents spotted an out-of-state work truck loaded with construction equipment in Tonawanda, New York.  Agents followed the truck to a residence in Tonawanda, New York.

6.      Other Agents arrived in a different unmarked vehicle and maintained surveillance.  Agents noticed that a few of the duplexes in the immediate area appeared to have brand new roofs.  TU Agents then noticed three subjects, in the vicinity of the truck, throwing bundles of shingles and garbage into a nearby dumpster.

7.      TU agents contacted Sector Dispatch to conduct record checks on the registered owner of the work truck and the vehicle information.  Sector Dispatch informed TU Agents that the trucks registration expired in September of 2024.  Agents contacted the Tonawanda Police Department for assistance and informed them of an out-of-state vehicle with an expired registration, operating in Tonawanda, New York.

8.      TU Agents then observed the truck exit the residence; Agents relayed the direction of travel to the Tonawanda Police.  Tonawanda Police were able to locate the work

truck and they conducted a traffic stop at an intersection in Tonawanda, New York. Tonawanda Police issued the driver a ticket for being an Unlicensed Operator.

9. Agents then arrived on scene and identified themselves as Border Patrol Agents and questioned the occupants as to their citizenship. All three subjects admitted to being citizens of Mexico and unlawfully present in the United States. Agents verified through records checks that all three subjects were illegally present in the United States.

10. U.S. Border Patrol Agents determined through questioning that DE LA CRUZ is a citizen and national of Mexico, and not a national of the United States. DE LA CRUZ admitted to being a citizen and national of Mexico and that he did not have any documents that would allow him to be or remain in the United States lawfully.

11. U.S. Border Patrol Agents took DE LA CRUZ into custody. As a part of processing, an electronic scan of the defendant's fingerprints were taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that DE LA CRUZ had been issued an FBI number and immigration a fingerprint identification number.

12. Immigration database record checks associated to a matching "Alien" number; an alien registration number, also known as an A-Number, is a unique, 7- to 9-digit number assigned to noncitizens by the Department of Homeland Security. This number revealed that on October 26, 2017, DE LA CRUZ was ordered removed under Expedited Removal Proceedings and he physically departed the United States on November 1, 2017.

13. Records checks failed to disclose any record that DE LA CRUZ had applied for or received the requisite permission to enter the United States from the Attorney General or the Secretary of Homeland Security.

14. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that the defendant, **Israel DE LA CRUZ SAN JUAN**, was found in the United States after having been previously deported and removed from the United States, without first applying to the Attorney General, or the Secretary for the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Sections 1326(a).

_____
THOMAS J. COFFMAN
U.S. Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically
on this 2nd day of May, 2025.

_____
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge